| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>MORTON & CRAIG, LLC<br>110 Marter Avenue, Suite 301<br>Moorestown, NJ 08057    (856)866-0100<br>Attorney for : ACAR Leasing LTD, d/b/a GM Financial Leasing<br>Our File No.:  43314<br>JM-5630 | **Order Filed on January 12, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey** |
| In Re:<br><br>Gary Ferrante<br>Darci Ferrante | Case No.: 16-27995<br><br>Hearing Date: 1-11-2017<br><br>Judge: SLM<br><br>Chapter: 13 |

Recommended Local Form:    ☑ Followed    ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 12, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the motion of _____ ACAR Leasing LTD, d/b/a GM Financial Leasing _____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic say of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

❏	Real property more fully described as:


☑	Personal property more fully described as:
   2015 Chevrolet Cruze
   Vehicle Identification Number
   1G1PC5SB7F7269543

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:
Gary Ferrante
Darci Ferrante
    Debtors

Case No. 16-27995-SLM
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jan 13, 2017
    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2017.
db/jdb      +Gary Ferrante,    Darci Ferrante,    49 Howe Avenue,    Nutley, NJ 07110-1354

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2017      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2017 at the address(es) listed below:
    Denise E. Carlon    on behalf of Creditor    U.S. Bank N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2006-3 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
    Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
    Marie-Ann Greenberg    magecf@magtrustee.com
    Michael R. DuPont    on behalf of Creditor    Liberty Savings Federal Credit Union dupont@redbanklaw.com,    dana@redbanklaw.com
    Nicholas Fitzgerald    on behalf of Joint Debtor Darci Ferrante nickfitz.law@gmail.com
    Nicholas Fitzgerald    on behalf of Debtor Gary Ferrante nickfitz.law@gmail.com
    Sarah J. Crouch    on behalf of Debtor Gary Ferrante nickfitz.law@gmail.com, nadiafinancial@gmail.com
    Sarah J. Crouch    on behalf of Joint Debtor Darci Ferrante nickfitz.law@gmail.com, nadiafinancial@gmail.com
    Sean M. O'Brien    on behalf of Creditor    State Farm Bank, F.S.B. sobrien@flwlaw.com
     TOTAL: 10