UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
44248
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for ACAR Leasing Ltd. dba GM Financial Leasing

Order Filed on July 27, 2017 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

In Re:

GARY FERRANTE
DARCI FERRANTE

Case No.: 16-27995

Adv. No.:

Hearing Date: 6-14-17

Judge: SLM

# ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: July 27, 2017**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Gary and Darci Ferrante**
**16-27995(SLM)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq., attorney for ACAR Leasing Ltd. dba GM Financial Leasing, with the appearance of Sarah Crouch, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That ACAR Leasing Ltd. dba GM Financial Leasing is the owner and lessor of a 2016 Chevrolet Equinox bearing vehicle identification number 2GNALCEK7G1138549 (hereinafter the "vehicle").

2. The debtors shall make all lease payments to ACAR Leasing Ltd. dba GM Financial Leasing when due, being the 12th day of each month.  In the event the debtors fail to make any payment for a period of 30 days after it falls due, ACAR Leasing Ltd. dba GM Financial Leasing shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtors and their attorney.

3. The debtors shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract.  In the event of a lapse of insurance for any period of time without intervening coverage, ACAR Leasing Ltd. dba GM Financial Leasing shall receive stay relief to repossess and sell the vehicle by filing a certification that insurance has lapsed with the court and serving it upon the debtors and their attorney.

4. The debtors shall pay to ACAR Leasing Ltd. dba GM Financial Leasing through the plan, a counsel fee of $531 which shall be paid by the trustee as an administrative priority expense.

5. At the end of the lease, if the debtors have not immediately purchased the vehicle in accordance with the lease end purchase option, ACAR Leasing Ltd., dba GM Financial Leasing shall have immediate stay relief to repossess and/or sell the vehicle without any application to this Court or notice to the debtors or their attorney.