# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−27995−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gary Ferrante
49 Howe Avenue
Nutley, NJ 07110

Darci Ferrante
aka Darci Mathews, aka Darci Gallegos
49 Howe Avenue
Nutley, NJ 07110

Social Security No.:
   xxx−xx−2477                                                xxx−xx−2239

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:      9/6/17
Time:      10:00 AM
Location:  Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Nicholas Fitzgerald, Debtor's Attorney

COMMISSION OR FEES
fee: $1,300.00

EXPENSES
expenses: $0.00.

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: July 31, 2017
JAN:

Jeanne Naughton
Clerk

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                     Case No. 16-27995-SLM
Gary Ferrante                                                              Chapter 13
Darci Ferrante
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                   Page 1 of 2                  Date Rcvd: Jul 31, 2017
                              Form ID: 137                  Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2017.
db/jdb         +Gary Ferrante,    Darci Ferrante,    49 Howe Avenue,    Nutley, NJ 07110-1354
cr             +ACAR Leasing LTD d/b/a GM Financial Leasing,    4000 Embarcadero Dr.,    Arlington, TX 76014-4101
cr             +Liberty Savings Federal Credit Union,    McKenna DuPont Higgins & Stone,    229 Broad Street,
                 P.O. Box 610,    Red Bank, NJ 07701-0610
516401689      +ASC,   A Division of Wells Fargo,    1 Home Campus X2401-049,    Des Moines, IA 50328-0001
516401687      +AmeriCredit/GM Financial,    Po Box 183583,    Arlington, TX 76096-3583
516493868       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
516401688      +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
516401690     #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516605645      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516401691      +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
516401692      +Citibank/Best Buy,    Centralized Bankruptcy/CitiCorp Credit S,    Po Box 790040,
                 St Louis, MO 63179-0040
516616654       Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
516401695      +EMC Mortgage/Chase,    3415 Vision Drive,    Mail Code OH4-7126,    Columbus, OH 43219-6009
516401696      +Jersey Central Power & Light,    PO Box 16001,    Reading, PA 19612-6001
516401697      +KML Law Group PC,    Attorneys At Law,    216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
516401698      +Lib Svgs Cu,    666 Newark Ave,    Jersey City, NJ 07306-2398
516401699      +Liberty Svngs Fed Cr U,    666 Newark Ave,    Jersey City, NJ 07306-2398
516401700      +Macys/Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
516401701      +State Farm Bank,    Po Box 2316,    Bloomington, IL 61702-2316
516551768      +State Farm Bank, FSB,    c/o Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
516612785      +TD Bank, N.A.,    PO Box 16029,    Lewiston, ME 04243-9507
516602549      +TD Bank, N.A.,    c/o Michael E. Blaine, Esq.,    30 Montgomery Street, Suite 1205,
                 Jersey City, NJ 07302-3835
516401705      +Trident Asset Management,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2287
516616492       U.S. Bank N.A., as Trustee f/b/o holders of Struct,    Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
516401706      +US Bank National Association,    4801 Frederica Street,    Owensboro, KY 42301-7441
516401707      +US Bank National Association,    KML Law Group,    216 Haddon Avenue, Ste 406,
                 Westmont, NJ 08108-2812
516456658       US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
516401708      +Us Dept of Ed/Great Lakes Educational Lo,    2401 International,    Madison, WI 53704-3121
516401709      +Wells Fargo Bank Card,    Mac F82535-02f,    Po Box 10438,    Des Moines, IA 50306-0438
516602304       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 31 2017 23:24:22     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 31 2017 23:24:18     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/PDF: rmscedi@recoverycorp.com Jul 31 2017 23:28:20     Orion,
                 c/o Recovery Management Systems Corp.,    Attn: Ramesh Singh,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
516412878       E-mail/Text: mrdiscen@discover.com Jul 31 2017 23:23:41     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
516401693      +E-mail/Text: mrdiscen@discover.com Jul 31 2017 23:23:41     Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
516401694      +E-mail/Text: bankruptcy.bnc@ditech.com Jul 31 2017 23:24:06     Ditech,    Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
516597989       E-mail/Text: bankruptcy.bnc@ditech.com Jul 31 2017 23:24:06
                 Ditech Financial LLC fka Green Tree Servicing LLC,     P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516561849       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 31 2017 23:28:20
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516444971       E-mail/Text: danielle@redbanklaw.com Jul 31 2017 23:23:40
                 Liberty Savings Federal Credit Union,    C/O McKenna, DuPont, Higgins & Stone, PC,    PO Box 610,
                 Red Bank, NJ 07701-0610
516405176       E-mail/PDF: rmscedi@recoverycorp.com Jul 31 2017 23:28:33     Orion,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
516401702      +E-mail/Text: bankruptcy@td.com Jul 31 2017 23:24:24     TD Bank,    PO Box 219,
                 Lewiston, ME 04243-0219
516401703      +E-mail/Text: bankruptcy@td.com Jul 31 2017 23:24:24     Td Bank N.a.,    Po Box 219,
                 Lewiston, ME 04243-0219
516401704      +E-mail/Text: bankruptcy@td.com Jul 31 2017 23:24:24     Td Banknorth,    Po Box 1190,
                 Lewiston, ME 04243-1190
                                                                                               TOTAL: 13
```

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Jul 31, 2017
                              Form ID: 137             Total Noticed: 43
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank N.A., as Trustee f/b/o holders of Structured
               Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates,
               Series 2006-3 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael E. Blaine    on behalf of Creditor    TD Bank NA mblaine@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com
              Michael R. DuPont    on behalf of Creditor    Liberty Savings Federal Credit Union
               dupont@redbanklaw.com,    dana@redbanklaw.com
              Nicholas Fitzgerald    on behalf of Debtor Gary  Ferrante nickfitz.law@gmail.com
              Nicholas Fitzgerald    on behalf of Joint Debtor Darci  Ferrante nickfitz.law@gmail.com
              Sarah J. Crouch    on behalf of Debtor Gary  Ferrante nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;r53165@notify.bestcase.com
              Sarah J. Crouch    on behalf of Joint Debtor Darci  Ferrante nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;r53165@notify.bestcase.com
              Sean M. O'Brien    on behalf of Creditor    State Farm Bank, F.S.B. sobrien@flwlaw.com
                                                                                             TOTAL: 11
```