UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

FITZGERALD & ASSOCIATES, P.C.
649 Newark Avenue
Jersey City, NJ 07306
By: Sarah J. Crouch, Esq. (SC 1174)
Phone: 201-533-1100
Fax: 201-533-1111
Attorney for the Debtor

Order Filed on September 6,
2017 by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

GARY FERRANTE
DARCI FERRANTE

Case No.:    16-27995

Chapter:    13

Judge:    Meisel

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 6, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Fitzgerald & Associates, P.C._____, the applicant, is allowed a fee of $ ____1300.00____ for services rendered and expenses in the amount of $____0.00____ for a total of $____1300.00____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____307.00____ per month for ____25____ months to allow for payment of the above fee.

*rev.8/1/15*