Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  16−27995−SLM
        Chapter:  13
        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Gary Ferrante | Darci Ferrante |
| 49 Howe Avenue | aka Darci Mathews, aka Darci Gallegos |
| Nutley, NJ 07110 | 49 Howe Avenue |
| | Nutley, NJ 07110 |

Social Security No.:
  xxx−xx−2477                               xxx−xx−2239

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>April 27, 2020</u>                <u>Stacey L. Meisel</u>
                                          Judge, United States Bankruptcy Court